# DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMENT, APRIL TERM, 1893.

George Alden, as Receiver, etc., Appellant, v. Edward K. Clark and John Le Grange, R.spondents.— Order on each appeal amended by adding a provision that the respondent, within twenty days after the entry and service of this order and upon payment of the costs awarded against him, may amend his answer. Balance of motion denied.

Henry M. Warren and Others, Respondents, v. Hector B. Johnson and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Abijah Wakeman, Appellant, v. Rector Seymour, as Sole Trustee, etc., Respondent.— Order affirmed, without costs.

Gates Thalheimer, Respondent, v. Frank Gillett, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event.

Frank R Jenks, Appellant, v. Thomas Quinn, Respondent.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Thomas Ryan, Appellant.— Conviction, judgment and order reversed and a new trial ordered, and the clerk directed to enter judgment and remit a certified copy thereof, with the return and decision of this court, to the Court of Sessions of Oswego county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Held, that cross-examination of the People's witnesses was improperly limited, and as the evidence of intent to ravish was so slight, the rulings were prejudicial to the defendant.

Henry H. Stevens, Respondent, v. Henry H. Dean, Appellant.— Judgment and order affirmed, with costs.

Seymour Seeley, Respondent, v George J. Dixon and Another, Appellants.— Judgment and order affirmed, with costs.

Charles J. Thompson and Others, Respondents, v. Phonora A. Ryder, Appellant, Impleaded, etc.— Order reversed an'l motion granted setting aside the judgment so far as it awards costs against the appellant.

John Savell, Respondent, v. James Casler, Appellant.— Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Held, that at the time of the seizure the plaintiff had not the right to reduce the property into his possession, and, therefore, replevin is not maintainable (Code, § 1690, subd. 3; Savell v. Waful, 21 N. Y. Civ. Pro. Rep. 18; S. C., 63 Hun, 627.)

William H. Gardner, Appellant, v. Patrick O'Donnell, Respondent.— Order affirmed, with costs.

Elizabeth B. Alsop, Respondent, v. Charles R. Alsop, Appellant.— Judgment and order affirmed, with costs

Charles McCarthy, Plaintiff, v Thousand Island Park Association, Defendant.— Judgment or lared for plaintiff for the amount demanded, without costs to either party Held, that under plaintiff's lease the entrance fee was not legally chargeable against him

John W. Truesdell, as Administrator, etc., Respondent, v Hannie L. Bourke, as Execu-

trix, Appellant.— Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Held, that the case involved questions of fact which ought to have been submitted to the jury.

Louis House, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs.

The People of the State of New York, Respondent, v. M. Jesse Brayton, Appellant. — Interlocutory order and judgment overruling demurrer affirmed, with costs, with leave to the defendant to answer in twenty days upon payment of the costs of the demurrer and of this appeal.

Ben. L. Fairchild, Judgment Creditor, Respondent, v. Alonzo B. Cornell, Appellant. — Order affirmed, with ten dollars costs and disbursements. Held, that the prior proceedings for appointment of receiver furnish no reason why the debtor should not be examined as to his property.

Richard C. Wilson, Respondent, v. The Schenevus Village Water Works Company, Appellant.—Judgment affirmed, with costs.

Bridget O'Hara and Others, Executors, etc., Appellants, v. Dutchess County Mutual Insurance Company. Respondent.—Order reversed, with ten dollars costs and disbursements. Held, that the issues are not referable. (See 2 Thompson & Cook, 550; 11 Hun, 511; 12 N. Y. St. Repr. 620; 9 Hun, 28; 10 N. Y. Supp. 229; 38 N. Y. St. Repr. 520; S. C., 8 id. 1.

Cleveland D. Manville, Appellant, v. Henry McCullock and Horace Bush, as Executors and Trustees, Respondents.—Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of Hannah Stephens, Appellant, v. John D. Griffith, as Attorney, etc., Respondent. — Order affirmed, without costs. Held, that the question as to the default of the respondent was addressed to the discretion of the Special Term.

Simon D. Paddock, Appellant, v. John Bacon and Others, Respondents. — Judgment affirmed, with costs. Parker, J., not sitting.

John J. Wood, Appellant, v. The Town of Volney, Respondent. — Order affirmed, with costs.

Peter Manswey, Appellant, v. Henry C. Grunert, Respondent. — Judgment of the County Court reversed, and the judgment of the Justice's Court affirmed, with costs.

Anna Murray, Appellant, v The Church of St. John the Evangelist, Respondent. — Judgment affirmed, with costs.

Ellen C. Beardslee and Guy R. Beardslee, Appellants, v. Henry A. Dolge, Respondent.— Judgment affirmed, with costs Hardin, P. J., not voting (Followed opinion of Martin, J., on former appeal.)

Albert Johnson and Others, Respondents, v. Robert W Bruce and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements, and a provision added to it that upon the defendants' paying nine dollars and thirty-five cents balance of judgment, with interest, within twenty days, to plaintiffs' attorney, he shall execute and deliver a satisfaction piece of the judgment.

William Youmans, Appellant, v. Sherrill E. Smith and George H. Paine, Respondents. — Judgment reversed on the exceptions and a

69 613
29ap 96

69 613
86 480